# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | |
| vs. | | Case No.:4:21-mj-529-CDL |
| Cameron Kelly McAbee | Defendant(s). | Criminal Information Sheet |

Date:     7/28/2021                                                              Interpreter: Yes ☐     No ☒

Magistrate Judge Huntsman          Deputy Dusty Gross          USPO M. Sinaka
Date of Arrest:     7/28/2021     Arrested By: _____          ☒ Detention Requested by AUSA
Bail Recommendation:          ☐ Unsecured

**Additional Conditions of Release:**

☐ a.  ☐ b. _____          ☐ l  ☐ m  ☐ n  ☐ o   ☐ p  ☐ q   ☐ r  ☐ s
☐ c.  ☐ d..                ☐ t  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ e.  _____               ☐ u  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6  ☐ 7)
☐ f.  ☐ g.  ☐ h.  ☐ i.  ☐ j.   ☐ v  (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ k. (☐ ii,  ☐ ii,  ☐ iii)     ☐ w  (☐ 1, ☐ 2)          ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:     Yes   x   No
Defendant's Attorney: Travis Horton  ☐ FPD;     ☐ Ct. Appt;     ☒ Ret Counsel
AUSA:     Chris Nassar

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears ~~in person~~ By video for IA on:   ☐ Indictment;   ☐ Information;   ☒ Complaint;   ☐ Petition;   ☐ Rule 5
                        with:   ☒ Ret Counsel;   ☐ FPD;   ☐ Ct. Appt;   ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed;   ☐ Present   ☐ Not Present

Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:

   ☒ Verified in open court
   ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court:  ☐ U.S. Atty. to verify & advise court;  ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:     ☐ of Indictment;  ☐ of Preliminary Exam;  ☐ of Detention Hearing;  ☐ of Rule 5 Hearings
☐ Bond set for _____ ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☒ Detention Hearing scheduled:  8/2/2021 (in person)  at 2:00 a.m./p.m.
☒ Preliminary Exam scheduled:  8/2/2021 (in person)  at 2:00 a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:  ☒ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # 3 :  ☐ Granted;  ☐ Denied;  ☐ Moot    Mot. for Hearing # 4 :  ☒ Granted;  ☐ Denied;  ☐ Moot

**Additional Minutes:** _____

Criminal Information Sheet CR-24 (11/2020)