UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br>vs.<br><br>Cameron Kelly McAbee,<br><br>                       Defendant(s). | Case No.: 21-mj-00529-CDL-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: 8/2/2021

At: 2:00 pm

Before: ~~Susan E. Huntsman~~, U.S. Magistrate Judge
Jodi F. Jayne

The detention hearing will be held in magistrate courtroom #1 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103. Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: 7/28/2021

_____
Susan E. Huntsman, U.S. Magistrate Judge

Temporary Order of Detention Pending Detention Hearing                                                                  (AO-470 Modified 6/2020)