W/

AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

2021 JUL 28 AM 8: 44

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-mj-529-CDL |
| CAMERON KELLY MCABEE | ) |
| Defendant | ) |

## ARREST WARRANT

**FILED**
JUL 28 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CAMERON KELLY MCABEE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2251(b)    Sexual Exploitation of a Child by a Parent

Date: July 27 2021 @ 4:38 p.m.

_____
*Issuing officer's signature*

Christine D Little
United States Magistrate Judge
*Printed name and title*

City and state: Tulsa, Oklahoma

### Return

This warrant was received on *(date)* July 27, 2021, and the person was arrested on *(date)* July 26, 2021
At *(city and state)* Broken Arrow, OK
Date: 7/28/2021

_____
*Arresting officer's signature*

Jared Beaver, Special Agent
FBI
*Printed name and title*

AUSA/lu