UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Cameron Kelly McAbee, Defendant(s). | Case No.: 21-mj-00529-CDL<br>Date: 8/2/2021<br>Court Time: 2:30pm – 2:32pm<br><br>MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING |

Jodi F. Jayne, U.S. Magistrate Judge    S. Cope, Deputy Clerk    Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff:  Christopher Jordon Nassar
Counsel for Defendant: Travis Don Horton   / Ret.
Case called for:  ☑ Detention Hearing,  ☑ Preliminary Hearing;
☑ Defendant appears in custody with counsel; by video
Defendant waives:  ☑ Preliminary Hearing  ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3 ):   ☐ granted, ☐ denied, ☐ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☑ Defendant detained and remanded to custody of U.S. Marshal,  ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.

Additional Minutes:
Detention Hearing Continued to 8/6/21 @ 2:00pm in person
_____

Government's Witnesses:                    Defendant's Witnesses:
_____                    _____
_____                    _____
_____                    _____

Government's Exhibits:                     Defendant's Exhibits:
_____                    _____
_____                    _____