## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Cameron Kelly McAbee, Defendant(s). | Case No.: 21-mj-00529-CDL<br><br>**WAIVER OF A PRELIMINARY HEARING** |

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/2/2021

_Oral Consent_
Defendant

_Oral Consent_
Attorney for Defendant

Waiver of a Preliminary Hearing     (AO-468 Modified 6/2020)