# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                              Plaintiff,

vs.

Cameron Kelly McAbee,

                             Defendant(s).

Case No.: 21-mj-00529-CDL
Date: 8/16/2021
Court Time: 3:33pm – 3:34pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge     S. Cope, Deputy Clerk     Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Chris Nassar
Counsel for Defendant: Travis Don Horton    Ret.
Case called for: ☑ Detention Hearing, ☐ Preliminary Hearing;
☑ Defendant appears in custody with counsel; **by video**
Defendant waives: ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☑ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☑ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3    ): ☑ granted, ☐ denied, ☐ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☑ Defendant detained and remanded to custody of U.S. Marshal, ☑ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:                            Defendant's Witnesses:

Government's Exhibits:                              Defendant's Exhibits: