


FILED

AUG 17 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. **21 CR 36 1 JFH** |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | [COUNT ONE: 18 U.S.C. §§ 2252A(g)(2) and (g)(1) – Child Exploitation Enterprise; |
| CAMERON KELLY MCABEE, | COUNT TWO: 18 U.S.C. §§ 2251(b) and 2251(e) – Sexual Exploitation of a Child by a Parent; |
| Defendant. | COUNT THREE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Receipt and Distribution of Child Pornography; |
| | COUNT FOUR: 18 U.S.C. §§ 2252(a)(4) and 2252(b)(2) – Possession of Child Pornography in Indian Country; |
| | Forfeiture Allegation: 18 U.S.C. § 2253 – Child Exploitation Forfeiture] |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. §§ 2252A (g)(2) and (g)(1)]

From on or about July 1, 2019 to on or about July 26, 2021 in the Northern District of Oklahoma and elsewhere, the defendant, **CAMERON KELLY MCABEE**, engaged in a child exploitation enterprise, that is, the defendant violated Chapter 110 of Title 18 of the United States Code as part of a series of felony violations constituting three or more separate incidents and involving more than one victim – specifically, the offenses described in Counts Two through Four of this

Indictment, incorporated herein – and committed those offenses in concert with three or more persons.

All in violation of Title 18, United States Code, Sections 2252A (g)(2) and (g)(1).

## COUNT TWO
## [18 U.S.C. §§ 2251(b) and 2251(e)]

From on or about July 1, 2019 to on or about July 26, 2021, in the Northern District of Oklahoma, the defendant, **CAMERON KELLY MCABEE**, being the parent, legal guardian, and person having custody and control of the minor victim, did knowingly permit the minor victim to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct. Such depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone, and were mailed, transported and transmitted using a means and facility of interstate and foreign commerce and in or affecting interstate commerce, including by computer and cellular phone.

All in violation of Title 18, United States Code, Sections 2251(b) and 2251(e).

## COUNT THREE
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From on or about July 1, 2019 to on or about July 26, 2021, in the Northern District of Oklahoma, the defendant, **CAMERON KELLY MCABEE**, knowingly received and distributed visual depictions of a minor engaging in sexually explicit conduct in one or more image files and video files, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported, by any means including by computer. The production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FOUR
[18 U.S.C. §§ 1151, 2252(a)(4)(A), and 2252(b)(2)]

From on or about July 1, 2019 to on or about July 26, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **CAMERON KELLY MCABEE**, knowingly possessed and knowingly accessed with intent to view visual depictions of a minor engaging in sexually explicit conduct in one or more image files and video files. The production of the visual depictions involved the use of at least one prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4) and 2252(b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **CAMERON KELLY MCABEE**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

### REAL PROPERTY

The real property commonly known as 2412 West Vicksburg Street, Broken Arrow, Oklahoma, more particularly described as Lot 17, Block 1, Aspen Park, Tulsa County, Oklahoma; and

### ELECTRONICS

Any computers, laptops, cellular phones, cameras, and all peripheral equipment.

All pursuant to Title 18, United States Code, Section 22553.

CLINTON J. JOHNSON  
Acting United States Attorney

A TRUE BILL

CHRISTOPHER J. NASSAR  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson