UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 21-cr-00361-JFH |
| vs. | | Date: 8/26/2021 |
| | | Court Time: 2:00 p.m. |
| Cameron Kelly McAbee, | Defendant(s). | **MINUTE SHEET – ARRAIGNMENT** |

Jodi F. Jayne, U.S. Magistrate Judge   S. Cope, Deputy Clerk   Magistrate Courtroom 1

Counsel for Plaintiff: Christopher Jordon Nassar
Counsel for Defendant: Travis Don Horton, Ret.
Interpreter: _____   ☐ sworn

Defendant appears ~~in person~~ for Arraignment on:   ☒ Indictment;   ☐ Information;   ☐ Complaint;
*by video*   ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;
☒ Defendant acknowledges receipt of Indictment   Indictment:   ☐ Read;   ☒ Reading waived;
☒ Defendant advised of charge;
Defendant's name as reflected in the Indictment;
   ☒ Verified in open court as the true and correct legal name
   ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court as the true and correct legal name:   ☐ U.S. Attorney;   ☐ Deft's Att. to verify and advise court;
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea       ☒ Schedule to be entered;
Defendant waives:   ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;
☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☐ Defendant allowed to stand on present bond;      ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____
_____