IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-361-JFH |
| CAMERON KELLY McABEE, | |
| Defendant. | |

### ORDER DECLARING CASE COMPLEX AND CONTINUING JURY TRIAL

Before the Court is the Joint Motion Requesting the Court Declare Case a Complex Matter Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) ("Motion") filed by the United States of America and Defendant Cameron Kelly McAbee ("Defendant"). Dkt. No. 21. For the reasons set forth, the Motion [Dkt. No. 21] is **GRANTED.**

The Indictment in this case charged Defendant with child exploitation enterprise in violation of 18 U.S.C. §§ 2252A(g)(2) and (g)(1); sexual exploitation of a child by a parent in violation of 18 U.S.C. §§ 2251(b) and 2251(e)' receipt and distribution of child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); and possession of child pornography in Indian Country in violation of 18 U.S.C. §§ 2252(a)(4) and 2252(b)(2). Dkt. No. 15.

The parties inform the Court that discovery in this case is complex. Dkt. No. 21 at ¶ 4. Dozens of electronic devices have been seized that still need to be reviewed and the review process will take a significant amount of time. *See id.* Further, agents and the government attorneys must conduct extensive follow up investigation into multiple online chatrooms, review the data and identify and arrest co-conspirators. *See id.*

For the reasons set forth in the Motion, including those noted herein, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds that this is a complex case and that it is unreasonable to expect

adequate preparation for pretrial proceedings and trial itself within the limits established by 18 U.S.C. § 3161. The Court further finds that the ends of justice served by granting the continuance requested outweigh the interests of the public and the Defendant in a speedy trial. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the ends of justice dictate that the period of delay shall be excludable in computing the time from which the Indictment was filed and the time within which the trial of this action must commence.

**IT IS THEREFORE ORDERED** that the Joint Motion Requesting the Court Declare Case a Complex Matter Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [Dkt. No. 21] is **GRANTED.** An Amended Scheduling Order will be issued by the Court.

**IT IS SO ORDERED** this 27th day of August, 2021.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE