UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                             Plaintiff,<br>vs.<br><br>Cameron Kelly McAbee,<br><br>                            Defendant(s). | Case No.: 21-CR-361-JFH<br><br>**AMENDED SCHEDULING ORDER** |

At the direction of Judge John F Heil, III, U.S. District Judge, it is hereby ordered that:

| | | |
|---|---|---|
| Joint status report regarding production of discovery due: | 3/15/2022 | |
| Motions due: | 3/29/2022 | |
|     Motions for Bill of Particulars shall be filed pursuant to FRCrP 7(f) | | |
| Pretrial Conference: | 4/26/2022 | at 10:00 am |
| Voir dire, jury instructions, and trial briefs due: | 5/6/2022 | |
| Jury Trial: | 5/16/2022 | at 9:00 am |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 47-2, any response shall be filed within seven days of any motion's filing.
Only one omnibus motion in limine and one motion to suppress per defendant is permitted without leave of Court.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the Pretrial Docket Call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the Change of Plea Hearing.

Please review Judge Heil's CRIMINAL GUIDELINES.

                                                  Mark C. McCartt,

                                                  Clerk of Court, United States District Court

                                                               s/ P Lynn
                                                     By: P Lynn, Deputy Clerk