IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>    Defendant. | Case No. 21-CR-361-JFH |

### Entry of Appearance

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute any forfeiture matters of the case for the United States of America.

                                          Respectfully submitted,

                                          CLINTON J. JOHNSON
                                          ACTING UNITED STATES ATTORNEY

                                          */s/ Reagan V. Reininger*
                                          REAGAN V. REININGER, OBA #22326
                                          Assistant United States Attorney
                                          110 West 7th Street, Suite 300
                                          Tulsa, Oklahoma   74119
                                          Telephone:   918.382.2700
                                          Facsimile:   918.560.7939
                                          Email:   reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on August 27, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Janna Tomah*
JANNA TOMAH, Data Analyst