IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CR-00361-JFH |
| | ) |
| CAMERON KELLY MCABEE, | ) |
| | ) |
| Defendant. | ) |

### PROTECTIVE ORDER

Upon the unopposed motion of the United States for a protective order (Dkt. #19), the Court is fully advised as to the nature of this case and the applicability of Rule 6(e) of the Federal Rules of Criminal Procedure to certain materials requested by the Defendant. The Court finds that the government must provide grand jury and other investigative materials for purposes of the trial of the above-captioned case. Accordingly, the Court issues this protective order as follows:

IT IS HEREBY ORDERED that the Government attorneys are protected if they disclose to counsel for the above, prior to trial, grand jury and other investigative materials which must be disclosed under normal circumstances pursuant to the dictates of the *Jencks Act*, 18 U.S.C. §3500; Fed. R. Crim. P. 16; *United States v. Giglio*, 405 U.S. 150 (1972), and *Brady v. Maryland*, 373 U.S. 83 (1963).

IT IS FURTHER ORDERED that the government provide grand jury and other investigative materials for purposes of the trial of the above-captioned case; that they are not to be disseminated for any other purpose. The Court prohibits the defense from showing the materials to anyone with the exception of the Defendant, attorney of record in

this case and those persons employed by the attorney who are necessary to assist counsel of record in preparation for trial.  Defense counsel shall not reproduce the documents and transcripts for dissemination to any persons or parties, including the Defendant, except for those persons employed by the attorney who are necessary to assist counsel of record in preparation for trial and shall maintain complete custody and control over them, including all copies.  The attorney for the Defendant and the Defendant are bound by the secrecy in reference to dissemination of grand jury and other investigative materials.  There is nothing in the Court's order to prohibit counsel from discussing the case with co-counsel.

Dated this 30th day of August, 2021.

Christine D. Little
United States Magistrate Judge