IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>    **Defendant.** | Case No. 21-CR-361-JFH |

### United States' Notice of *Lis Pendens*

TO:    Cameron Kelly McAbee; Tulsa County Treasurer; Tulsa County Board of Commissioners; And All Whom It May Concern:

NOTICE IS HEREBY GIVEN that on August 17, 2021, an Indictment was returned in the United States District Court for the Northern District of Oklahoma, in the foregoing action.

The United States is seeking to forfeit the real property located at 2412 West Vicksburg Street, Broken Arrow, Tulsa County, Oklahoma, more particularly described as:

Lot 17, Block 1, Aspen Park, Tulsa County, Oklahoma

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court at Tulsa, Oklahoma.

DATED: October 28, 2021, 2021.

        Respectfully submitted,

        CLININT J. JOHNSON
        ACTING UNITED STATES ATTORNEY

        */s/ Reagan V. Reininger*
        REAGAN V. REININGER, OBA #22326
        Assistant United States Attorney
        110 West Seventh Street, Suite 300
        Tulsa, OK  74119
        Telephone: (918) 382-2700
        Email:  reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on October 28, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

        */s/ Janna Tomah*
        JANNA TOMAH, Data Analyst