IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>　　　　Defendant. | Case No. 21-CR-361-JFH |

### Bill of Particulars for Forfeiture of Property

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States hereby provides notice that the following assets are subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case (Doc. 15).  The Indictment provides notice that, upon conviction of the charges, as part of his sentence, the defendant shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the conspiracy.  Pursuant to this Bill of Particulars, the United States provides notice that upon conviction, certain specific property is subject to forfeiture, including, but not limited to:

**Real Property**

1. Real property commonly known as 2412 West Vicksburg Street, Broken Arrow, Tulsa County, Oklahoma, more particularly described as follows, to-wit:

    > All that lot and parcel of land, together with all buildings, appurtenances, improvements fixtures, attachments, and easements thereon, and all rights appertaining thereto, located at 2412 West Vicksburg Street, Broken Arrow, Tulsa County,

Oklahoma more particularly described as Lot 17, Block 1, Aspen Park, Tulsa County, Oklahoma.

**Electronics**

2. Nine assorted cameras and accessories;

3. Four USB charger cameras;

4. Outlet camera with 32GB SD card;

5. Black pen with hidden camera;

6. Two Bluetooth speakers with cameras;

7. Four black alarm clocks with cameras, assorted SD cards, and accessories;

8. One white iPad in black case, Model A1566, serial number DMPS882HHGSG;

9. Cox router serial number 335930041025105994;

10. One blue Samsung portable SSD T5, serial number S3UJNKOJ706342T;

11. One silver Apple iPhone IMEI: 356716110181113;

12. One silver Dell laptop Model P936 serial number DPBQGT2;

13. One black iPhone in pink case with stars; IMEI unknown;

14. One black Apple watch; serial number unknown;

15. One Dell laptop, Model RTL8821CE, serial number KANRCVOSU66543D with cord;

16. White Raspberry Pi with a 64GB SD card, 16GB SD card, two USB devices, and power supply;

17. One white Motorola baby monitor with cable;

18. Four LG Blu-ray players with power adapters;

19. Xbox One S;

20. Xbox Series X;

21. One Bose speaker;

22. One computer ram;

23. One circuit board;

24. Fourteen assorted SD cards;

25. Six assorted USB devices;

26. Five assorted thumb drives;

27. Five assorted hard drives;

28. One black digital watch face; and

29. Miscellaneous electronic cords, adapters, batteries, wires, and accessories.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The above electronic devices have been seized and are in the custody of the Federal Bureau of Investigation.

All pursuant to Title 18, United States Code, Section 2253.

                        RESPECTFULLY SUBMITTED,

                        CLINTON J. JOHNSON
                        ACTING UNITED STATES ATTORNEY

                        */s/ Reagan V. Reininger*
                        REAGAN V. REININGER, OBA # 22326
                        Assistant United States Attorney
                        110 West Seventh Street, Suite 300
                        Tulsa, OK 74119
                        Telephone: (918) 382-2700
                        Email: reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on November 4, 2021, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                        */s/ Janna Tomah*
                        JANNA TOMAH, Data Analyst