## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

         **Plaintiff,**

**v.**                                  **Case No. 21-CR-361-JFK**

**CAMERON KELLY MCABEE,**
         **Defendant.**

### Notice Regarding Forfeiture

The United States hereby provides notice to the Court that it is no longer pursuing criminal forfeiture of the real property located at 2412 West Vicksburg Street, Broken Arrow, Tulsa County, Oklahoma.  A Release of Lis Pendens, Doc. 2021136815, was recorded November 29, 2021.

RESPECTFULLY SUBMITTED,

CLINTON J. JOHNSON
ACTING UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on December 1, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/  Pam Kuch
PAM KUCH, Paralegal Specialist