IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>Defendant. | Case No. 21-CR-00361-JFH |

**Joint Report Regarding Status of Discovery**

The United States of America, by and through Clinton J. Johnson, United States Attorney for the Northern District of Oklahoma, and Christopher J. Nassar, Assistant United States Attorney, and the defendant, CAMERON KELLY MCABEE, in person and through counsel, Travis D. Horton, pursuant to this Court's scheduling Order file this Joint Report Regarding Status of Discovery and respectfully show the Court as follows:

On January 26, 2022, the Government produced the following to defense counsel: a copy of a chat log; two Evidence Review Reports from the Federal Bureau of Investigation; the Federal Bureau of Investigation's transcript of an interview with the Defendant; and a report completed by the Federal Bureau of Investigation concerning the interview with the Defendant. On March 1, 2022, the Government produced additional discovery to defense counsel consisting of two Evidence Review Reports from the Federal Bureau of Investigation. On March 7, 2022, the

Government produced, to defense counsel, three additional Evidence Review Reports from the Federal Bureau of Investigation. On March 15, the Government produced FBI reports concerning Defendant's connections to other FBI investigations and audio recordings of previously produced interviews. The Government can confirm that as of March 15, 2022, the Government has produced all the discovery in its possession related to this case. Counsel for Defendant states that there are no outstanding discovery issues.

        Respectfully submitted,

        CLINTON J. JOHNSON
        UNITED STATES ATTORNEY

        */s/ Christopher J. Nassar*
        Christopher J. Nassar, OBA No. 31167
        Assistant United States Attorney
        110 W. 7th Street, Suite 300
        Tulsa, Oklahoma 74119
        (918) 382-2700

        */S/ Travis Don Horton*
        Travis Don Horton
        Counsel for Defendant