UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Cameron Kelly McAbee, Defendant(s). | Case No.: 21-cr-00361-JFH<br>Date: 5/5/2022<br>Court Time: 10:20 a.m. to 10:50 a.m.<br><br>**MINUTE SHEET ARRAIGNMENT AND/OR CHANGE OF PLEA** |

Donald D. Bush, Magistrate Judge        A. Gifford, Deputy Clerk        Courtroom 5

Counsel for Plaintiff:  Nathan Michel

Counsel for Defendant: Travis Horton , Ret.

Probation Officer:  Not present

Age of Defendant:  32

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;        Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment

☒ Verified in open court as the true and correct legal name
☐ Corrected by interlineation to _____
    to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
☐ Unable to verify in open court as the true and correct legal name: _____

☒ Defendant acknowledges receipt of Indictment

Defendant waives:   ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;   ☐ 30 Days Preparation;  ☐ Separate Representation
                    ☒ Waivers approved by Court;

Defendant advised of: ☒ Charge and  ☐ Indictment            Indictment:  ☐ Read  ☒ Reading waived

☒ Defendant relates facts of charge

☒ Petition to enter plea of Guilty sworn and executed

☒ Defendant withdraws not guilty plea(s) as to those Count(s)  1-4
   of the  Indictment and Defendant enters guilty plea(s) as to those counts

☒ Defendant adjudged guilty as charged as to Count(s)  1-4
   of the Indictment

☒ Petition approved in open court            ☒ Plea Agreement approved in open Court            ☒ PSI ordered

☐ Remaining Count(s) to be dismissed at sentencing:  None

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** Sentencing to be set by the Court at a later date.