IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>Defendant. | Case No. 21-CR-361-JFH |

**Motion of the United States for an Order of Forfeiture**

The United States of America, by undersigned counsel, requests the entry of an Order of Forfeiture of certain property for the reasons set forth below.

On May 5, 2022, Defendant Cameron Kelly McAbee pled guilty to Counts One through Four of the Indictment (Dkt. # 15). Dkt. # 33.  As part of his Plea Agreement, and pursuant to 18 U.S.C. §§ 2253(a)(2) and (a)(3), the defendant agreed to forfeiture of the following property:

1. Nine Assorted cameras and accessories;
2. Four USB charger cameras;
3. Outlet camera with 32GB SD;
4. Black pen with hidden camera;
5. Two Bluetooth speakers with cameras;
6. Four black alarm clocks with cameras, assorted SD cards, and accessories;

7. One white iPad in black case, Model A1566, serial number DMPS882HHG5G[1];

8. Cox router, serial number 335930041025105994;

9. One blue Samsung portable SSD T5, serial number S3UJNK0J706342T[2];

10. One silver Apple iPhone, IMEI: 356716110181113;

11. One silver Dell laptop Model P936, serial number DPBQGT2;

12. White Raspberry Pi with a 64GB SD card, 16GB SD card, two USB devices, and power supply;

13. One white Motorola baby monitor with cable;

14. Three LG Blu-ray players with power adapters;

15. LG Blu-ray player;

16. Xbox One S;

17. Xbox Series X;

18. One Bose speaker;

19. One computer ram;

20. One circuit board;

21. Thirteen assorted SD cards;

---

[1] The serial number of the white iPad has been revised herein to include the number "5" rather than the letter "S" as represented in the Bill of Particulars and Plea Agreement.
[2] The serial number of the blue Samsung has been revised herein to include the number "0" rather than the letter "O" as represented in the Bill of Particulars and Plea Agreement.

22. Six assorted USB devices;

23. Five assorted thumb drives;

24. Five assorted hard drives;

25. Miscellaneous accessories, including:
    a. Eight power supplies;
    b. One adapter;
    c. Nine San Disk Micro SD adapters;
    d. Nine black cords;
    e. Two blue batteries;
    f. Two battery packs;
    g. Three camera wires;
    h. One camera base;
    i. One battery pack; and
    j. Three camera cords;

26. One black iPhone in pink case, IMEI unknown;

27. One black Apple watch, serial number unknown;

28. One ASUS black laptop, Model RTL8821CE, serial number KANRCV05U66543D[3] with cord; and

29. One black digital watch face.

(Dkt. # 37, at 7-11).

---

[3] The laptop was incorrectly identified in the Bill of Particulars and Plea Agreement as a Dell with serial number KANRCVOSU66543D.  The brand name and serial number have been corrected.

The United States respectfully requests that the Court enter an Order of Forfeiture of the property.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ Reagan V. Reininger
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma   74119
Telephone:   918.382.2700
Email:   reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on June 14, 2022, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ Mari-Jean Ogle
MARI-JEAN OGLE, Paralegal