IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-361-JFH |
| CAMERON KELLY MCABEE, | |
| Defendant. | |

## ORDER OF FORFEITURE

Now before the Court is the motion of the United States for an order of forfeiture ("Motion"). Dkt. No. 39. Based upon Defendant Cameron Kelly McAbee's ("Defendant") guilty plea, plea agreement, and the record, the Court finds that the Motion should be granted.

Pursuant to 18 U.S.C. §§ 2253(a)(2) and (a)(3), an order of forfeiture shall be entered whereby the following property is forfeited to the United States and the forfeiture of such property shall be made part of Defendant's sentence and included in the judgment:

1. Nine Assorted cameras and accessories;
2. Four USB charger cameras;
3. Outlet camera with 32GB SD;
4. Black pen with hidden camera;
5. Two Bluetooth speakers with cameras;
6. Four black alarm clocks with cameras, assorted SD cards, and accessories;
7. One white iPad in black case, Model A1566, serial number DMPS882HHG5G;
8. Cox router, serial number 335930041025105994;
9. One blue Samsung portable SSD T5, serial number S3UJNK0J706342T;
10. One silver Apple iPhone, IMEI: 356716110181113;

11. One silver Dell laptop Model P936, serial number DPBQGT2;

12. White Raspberry Pi with a 64GB SD card, 16GB SD card, two USB devices, and power supply;

13. One white Motorola baby monitor with cable;

14. Three LG Blu-ray players with power adapters;

15. LG Blu-ray player;

16. Xbox One S;

17. Xbox Series X;

18. One Bose speaker;

19. One computer ram;

20. One circuit board;

21. Thirteen assorted SD cards;

22. Six assorted USB devices;

23. Five assorted thumb drives;

24. Five assorted hard drives;

25. Miscellaneous accessories, including:
    a. Eight power supplies;
    b. One adapter;
    c. Nine San Disk Micro SD adapters;
    d. Nine black cords;
    e. Two blue batteries;
    f. Two battery packs;
    g. Three camera wires;
    h. One camera base;
    i. One battery pack; and
    j. Three camera cords;

26. One black iPhone in pink case, IMEI unknown;

27. One black Apple watch, serial number unknown;

28. One ASUS black laptop, Model RTL8821CE, serial number KANRCV05U66543D with cord; and

29. One black digital watch face.

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. §§ 2253(a)(2) and (a)(3), the Motion of the United States for an order of forfeiture [Dkt. No. 39] is **granted**, and the referenced property is forfeited to the United States.

**IT IS FURTHER ORDERED** that all right, title, and interest to the property are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

**DATED** this 15th day of June 2022.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE