IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 21-CR-361-JFH |
| Cameron Kelly McAbee | ) ) ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 17, 2022 and ending on July 16, 2022. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022 at Tulsa, OK.

/s/ Janna Tomah
Janna Tomah
Data Specialist

Exhibit A