Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA
# COURT CASE NUMBER: 21-CR-361-JFH; NOTICE OF FORFEITURE

Notice is hereby given that on June 15, 2022, in the case of <u>U.S. v. Cameron Kelly McAbee</u>, Court Case Number 21-CR-361-JFH, the United States District Court for the Northern District of Oklahoma entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Electronics Ser No: See List (21-FBI-009651), including the following items: 1 White Apple Ipad, Model A1566, in black case, Ser No: DMPS882HHG5G; 1 Sandisk Extreme, 16 GB, SD card; 1 Black pen with a hidden camera; 2 Black, Camera, Battery Packs which was seized from Cameron Kelly McAbee on November 04, 2021 at 8023 East 63rd Place, Suite 300, located in Tulsa, OK

Miscellaneous Electronics Ser No: See list (21-FBI-010051), including the following items: 1 Micro SD Card, 128 GB; 1 LG Blu-Ray Player; 1 XBOX One S; 2 Bluetooth Speaker with Camera; 1 Bose Speaker; 1 SD Card, ONN Brand, 128GB; 3 LG Blu-Ray Player with Adapter; 1 XBOX Series X; 1 SD Card; 1 USB which was seized from Cameron Kelly McAbee on November 04, 2021 at 2412 West Vicksburg Street, located in Broken Arrow, OK

Miscellaneous Electronics Ser No: See list (21-FBI-010057), including the following items: 1 White Raspberry Pi; 2 USB Devices; 1 Cox Router with power cord, Ser No: 335930041025105994; 1 Black Alarm Clock with Camera and Micro SD Card glued into Clock; 6 Cameras; 1 Outlet Camera; 9 Power Supply; 2 Blue Batteries; 1 Circuit Board; 3 SD Card, 32 GB; 5 SD Card, 128 GB; 1 SD Card, 16 GB; 1 SD Card, 64 GB; 3 Camera Shells; 9 Sandisk Micro SD Adapter; 4 USB Charger Cameras; 1 Camera Base; 3 Black Cameras; 3 Camera Lenses; 3 Battery Packs; 1 Computer RAM; 10 Black Cords; 3 Batteries; 3 Camera Wires; 3 Cords; 1 Power Cord; 2 Cables which was seized from Cameron Kelly McAbee on November 04, 2021 at 2412 West Vicksburg Street, located in Broken Arrow, OK

Miscellaneous Electronics Ser No: See list (22-FBI-001432), including the following items: 5 Blue USB Device; 1 Purple USB Device; 5 Thumb Drives; 4 Hard Drives; 1 Blue Samsung, Model T5, Portable SSD, Ser No: S3UJNK0J706342T; 1 Silver Apple, iPhone, Ser No: IMEI 356716110181113; 1 Black ASUS, Model RTL8821CE; with cord, Ser No: KANRCV05U66543D; 1 Silver Dell, Model P93G, Laptop, Ser No: DPBQGT2; 1 Black Digital Watch Face; 1 White Motorola Baby Monitor with cable; 1 Black Apple, iPhone; in pink case with stars; 1 Black Apple Watch; 1 Black PNY Optima SSD Series Hard Drive; 1 Black Micro SD Card; 1 Red and Gray Sandisk Ultra 128 GB SD Card; 1 Black SD Card; 1 Gray and Red Sandisk Ultra SD Card which was seized from Cameron Kelly McAbee on November 04, 2021 at 2412 West Vicksburg Street, located in Broken Arrow, OK

Exhibit B

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (June 17, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 West Fourth Street, Room 411, Tulsa, OK 74103, and a copy served upon Assistant United States Attorney Reagan Reininger, 110 West Seventh Street, Suite 300, Tulsa, OK 74119. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Reagan Reininger, 110 West Seventh Street, Suite 300, Tulsa, OK 74119. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.