IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON KELLY MCABEE,<br><br>Defendant. | Case No. 21-CR-361-JFH |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Travis D. Horton, attorney of record for Defendant, Cameron Kelly McAbee, and respectfully requests this Court to enter an Order allowing him to withdraw as attorney of record for the Defendant in this case. In the support of this Motion, counsel states that:

1. Counsel for Defendant has been appointed to serve as a Special Judge in Tulsa County District Court and must immediately move to withdraw from further representation of all clients for which he is the counsel of record.

2. Counsel previously entered his appearance on behalf of Defendant in the above-styled matter (Dkt. #5).

3. On August 25, 2021, the parties filed a Joint Motion to Declare the Case Complex. (Dkt. #19).

4. On May 5, 2022, Defendant entered his plea of guilty before the Court (Dkt. #33).

5. Defendant is presently awaiting rescheduling of his PSR and remains in Federal custody as an inmate at the Cushing Correctional Facility located in Cushing, Oklahoma.

6. Counsel requesting withdrawal has advised Defendant of this Motion to Withdraw as Attorney of Record prior to its filing. Counsel has been informed Defendant will respectfully requests this Honorable Court appoint a Panel Attorney or Public Defender for the remainder of Defendant's case as his financial ability to retain substitute counsel is non-existent.

**WHEREFORE,** Counsel for Defendant respectfully requests an order allowing him to withdraw as the counsel of record.

Respectfully Submitted,

s/*Travis D. Horton*
Travis D. Horton, OBA #19335
Attorney for Defendant
2021 South Lewis Ave., Ste. 520
Tulsa, OK 74104
(918) 640-0902
(918) 743-1002
thorton@swabstall.com

## CERTIFICATE OF SERVICE

I certify that on the date of filing, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Christopher Nassar
Assistant United States Attorney
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

*s/ Travis D. Horton*
Travis D. Horton