**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

              **Plaintiff,**

**v.**                                  **Case No. 21-CR-361-JFH**

**CAMERON KELLY MCABEE**

              **Defendant.**

## ORDER

Before the Court is a Motion to Withdraw as Attorney of Record ("Motion") filed by Defendant Cameron Kelly McAbee's ("Defendant") current counsel, Travis D. Horton ("Mr. Horton"). Dkt. No. 42. Mr. Horton states that he has been appointed to serve as a Special Judge in Tulsa County District Court and, therefore, must immediately move to withdraw from further representation in this matter. *Id*. at 1. For this reason, the Court finds that the Motion should be granted. The Court will appoint John Dunn from the Court's Criminal Justice Act Panel to represent Defendant.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney of Record [Dkt. No. 42] is GRANTED. Travis D. Horton is hereby withdrawn as counsel and John Dunn ("Mr. Dunn") is appointed to represent Defendant.

IT IS FURTHER ORDERED that the Court Clerk substitute John Dunn on the docket sheet as counsel for Defendant. The Court Clerk is directed to email this Order to Mr. Dunn, who is directed to file his entry of appearance forthwith. Mr. Dunn is reminded to submit a CJA Form 20.

IT IS FURTHER ORDERED that the Court Clerk is directed to email this Order to the Federal Public Defender.

Dated this 13th day of January 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE