# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Cameron McAbee

HAS SUCCESSFULLY COMPLETED

**WHAT IS THE BIBLE?**

CROSSROADS 

*Joseph Pryor*
Joseph Pryor
President & CEO, Crossroads

September 28, 2022
Date



Certificate of Completion

Awarded to

Cameron McAbee

in recognition of completing the Bible correspondence course

Hurt

A comprehensive study of the Old and New Testaments written by John M. Hurt.

memorial road
CHURCH OF CHRIST

Terry Way
Prison Ministry Director

February 13, 2023



Certificate of Completion

*Awarded to*

Cameron McAbee

*In recognition of completing the Bible correspondence course*

**Foundations of Faith**

*A study of thirty Biblical topics from the Old and New Testaments which form a basis for Christianity.*

memorial road
CHURCH OF CHRIST

November 18, 2022

Terry Way
*Prison Ministry Director*

# CROSSROADS

## CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

# Cameron McAbee

HAS SUCCESSFULLY COMPLETED

## WHO IS JESUS?

*Joseph Pryor*
Joseph Pryor
President & CEO, Crossroads

July 5, 2022
Date





Certificate of Completion

Awarded to

Cameron McAbee

In recognition of completing
The Bible correspondence course

**Studies in the Bible**

A 30-lesson study of the Old and New Testaments.

June 8, 2022

memorial road
CHURCH OF CHRIST

Prison Ministry Director



*Certificate of* **BAPTISM**

*This certifies that*

Cameron McAbee

*was baptized in the name of the Father and of the Son and of the Holy Spirit on*

the 28th day of April 2022

at Pawnee County

of Pawnee County Jail & Prison Ministry

Revered Johnny Wagner
*Pastor*

KNOW YE NOT, THAT SO MANY OF US AS WERE BAPTIZED INTO JESUS CHRIST WERE BAPTIZED INTO HIS DEATH? THEREFORE WE ARE BURIED WITH HIM BY BAPTISM INTO DEATH: THAT LIKE AS CHRIST WAS RAISED UP FROM THE DEAD BY THE GLORY OF THE FATHER, EVEN SO WE ALSO SHOULD WALK IN NEWNESS OF LIFE. *Romans 6:3-4 KJV*

# Certificate of Completion

*Awarded to*

## Cameron McAbee

*in recognition of completing the Bible correspondence course*

### What Does the Bible Teach About?

*A 25-lesson study designed to strengthen understanding of 25 different topics of the Bible.*

memorial road
CHURCH OF CHRIST

*Jerry Way*

May 15, 2023

Prison Ministry Director