# Sentencing.us

A free U.S. Federal Sentencing Guidelines calculator

| Months: | Zone: | Level: | History: | Fine: |
|---|---|---|---|---|
| 168-210 | D | 35 | I | $20,000 to $200,000 |

## Count 1: 18 U.S.C. § 2252

| | | |
|---|---|---|
| 2G2.2(a)(1) | Base Offense Level | 18 |
| 2G2.2(b)(2) | the material involved a prepubescent minor or a minor who had not attained the age of 12 years | +2 |
| 2G2.2(b)(3)(F) | distribution other than distribution described in subdivisions (A) through (E) | +2 |

| | | |
|---|---|---|
| 2G2.2(b)(4) | the offense involved material that portrays (A) sadistic or masochistic conduct or other depictions of violence; or (B) sexual abuse or exploitation of an infant or toddler | +4 |
| 2G2.2(b)(5) | the defendant engaged in a pattern of activity involving the sexual abuse or exploitation of a minor | +5 |
| 2G2.2(b)(6) | the offense involved the use of a computer or an interactive computer service for the possession, transmission, receipt, or distribution of the material, or for accessing with intent to view the material | +2 |
| 2G2.2(b)(7)(D) | 1,309 images | +5 |
| | Total offense level for this count | 38 |

## Acceptance of Responsibility (U.S.S.G. § 3E1.1)

| | | |
|---|---|---|
| § 3E1.1(a) | the defendant clearly demonstrates acceptance of responsibility for his offense | -2 |
| § 3E1.1(b) | Government motion | -1 |

# Criminal History (Chapter 4A)

| § 4A1.1 | Criminal history level: I (0 or 1 points) | |
|---|---|---|
| | Total points (Criminal History category I) | |

## Count 1: 18 U.S.C. § 2252

What is the offense of conviction?

`18` U.S.C. § `2252` `OK` (or, `Child pornography ▼` )

Applying § 2G2.2 (Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic, Possessing Material Involving the Sexual Exploitation of a Minor)

Defendant is convicted of 18 U.S.C. § 1466A(b), § 2252(a)(4), or § 2252A(a)(5)?

☑ Yes

The material involved a prepubescent minor or a minor who had not attained the age of 12 years?

☑ Yes

The offense involved distribution for pecuniary gain?

☐ Yes

The offense involved distribution to a minor that was intended to persuade, induce, entice, coerce, or facilitate the travel of, the minor to engage in prohibited sexual conduct?

☐ Yes

The offense involved distribution to a minor that was intended to persuade, induce, entice, or coerce the minor to engage in any illegal activity?

☐ Yes

The defendant distributed in exchange for any valuable consideration, but not for pecuniary gain?

☐ Yes

Offense involved distribution to a minor?
☐ Yes

Defendant knowingly engaged in distribution?
☑ Yes

The offense involved material that portrays (A) sadistic or masochistic conduct or other depictions of violence; or (B) sexual abuse or exploitation of an infant or toddler?
☑ Yes

The defendant engaged in a pattern of activity involving the sexual abuse or exploitation of a minor?
☑ Yes

The offense involved the use of a computer or an interactive computer service for the possession, transmission, receipt, or distribution of the material, or for accessing with intent to view the material?
☑ Yes

The number of images involved in the offense?
1309

# Adjustments as appropriate related to victim, role, and obstruction of justice

Which adjustment guidelines might apply to this count?
- ☐ § 3A1.1 (Hate Crime Motivation or Vulnerable Victim)
- ☐ § 3A1.2 (Official Victim)
- ☐ § 3A1.3 (Restraint of Victim)
- ☐ § 3A1.4 (Terrorism)
- ☐ § 3A1.5 (Serious Human Rights Offense)
- ☐ § 3B1.1 (Aggravating Role)
- ☐ § 3B1.2 (Mitigating Role)
- ☐ § 3B1.3 (Abuse of Position of Trust or Use of Special Skill)
- ☐ § 3B1.4 (Using a Minor To Commit a Crime)
- ☐ § 3B1.5 (Use of Body Armor in Drug Trafficking Crimes and Crimes of Violence)
- ☐ § 3C1.1 (Obstructing or Impeding the Administration of Justice)
- ☐ § 3C1.2 (Reckless Endangerment During Flight)
- ☐ § 3C1.3 (Commission of Offense While on Release)
- ☐ § 3C1.4 (False Registration of Domain Name)

## Acceptance of Responsibility

## Applying § 3E1.1 (Acceptance of Responsibility)

The defendant clearly demonstrates acceptance of responsibility for his offense?

☑ Yes

Government moves that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently?

☑ Yes

## Criminal History

## Applying § 4A1.1 (Criminal History Category)

What is the defendant's Criminal History Category?

[ I (0 or 1 points) ▼ ]

## Career Offender and Criminal Livelihood

# Chapter 4B: Career Offenders and Criminal Livelihood

Which of the following provisions might apply to this defendant?

- ☐ § 4B1.1 (Career Offender)
- ☐ § 4B1.3 (Criminal Livelihood)
- ☐ § 4B1.4 (Armed Career Criminal)
- ☐ § 4B1.5 (Repeat and Dangerous Sex Offender Against Minors)

News and Updates

Based on the Nov. 1, 2018, United States Sentencing Commission Guidelines Manual

By Josh Goldfoot (e-mail: dev@sentencing.us). Accuracy is not guaranteed. Error reports and suggestions are welcome. This is a personal project, not affiliated with any government agency or law firm. Do not ask me to apply the guidelines for you. This site does not provide legal advice. Hire a lawyer for legal advice. Photo credit.