IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-361-JFH |
| CAMERON KELLY MCABEE, | |
| Defendant. | |

### Entry of Appearance

Assistant United States Attorney Ashley Robert hereby appears as counsel for Plaintiff, United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

  /s/ Ashley Robert
Ashley Robert, Texas Bar No. 24086955
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700

## Certificate of Service

I hereby certify that on the 25th day of August 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

John M Dunn
*Counsel for Defendant*

                                                          */s/ Ashley Robert*
                                                Ashley Robert
                                                Assistant United States Attorney