UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                          Plaintiff,
vs.

Cameron Kelly McAbee,
                          Defendant(s).

Case No.: 21-CR-361-JFH
Date: 8/25/2023
Court Time: 11:05-11:35 to 11:40-11:50

**MINUTE SHEET - SENTENCING**

John F. Heil III, Chief U.S. District Judge      P. Lynn, Deputy Clerk      Laura Griffin, Reporter
Counsel for Plaintiff: Chris Nassar, Ashley Robert      Counsel for Defendant: John Dunn
Probation Officer: Tony Marsh

☒ Defendant appears in person with counsel
☒ Plaintiff & Defendant reviewed PSI:    ☒ Objs by:    ☐ Pltf    ☒ Deft;    ☐ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made;    ☐ Departure:    ☐ Variance:    ☐ Upward    ☐ Downward
☒ Victim present and heard – Courtney McAbee
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 51 ]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count(s)** 1-4 **of the Indictment**
☒ Bureau of Prison for a term of    Ct 1 - Life, Ct 2 - 360, Ct 3,4 - 240 months, concurrent
☒ Supervised Release for term of    Life – each count    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Restitution:    $ 26,610    ☐ With Interest    ☐ Interest Waived    ☐ Not Applicable
☒ Special Monetary Assessment    $ 100 each count    ☒ Due Immediately    ☐ As Directed
☒ Order of Forfeiture [Dkt. 40 ]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**
☒ Firearm, Ammunition, et al Restriction          ☐ Gambling;    ☐ to include treatment
☒ DNA Sample                                      ☐ Home Detention Condition -    months*
☒ Controlled Substances Restriction               ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended       ☐ Mental health    ☐ to include treatment
☒ No contact with Victim
☒ Sex Offender - Paragraphs    1-9

☒ Defendant advised of right to appeal          Court recommends to BOP:
                                                ☒ Mental/Medical Evaluation
                                                ☒ Most comprehensive sex offender treatment

☒ Defendant remanded to custody of U.S. Marshal