IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON KELLY MCABEE, <br><br> Defendant. | Case No. 21-CR-361-JFH |

**Notice of Final Order of Forfeiture**

The United States of America, by undersigned counsel, respectfully advises the Court of the United States' compliance with the notice and publication requirements of 21 U.S.C. § 853(n)(1), as adopted by 28 U.S.C. § 2461(c), Rule 32.2(b)(6)(C), and the provisions of the Preliminary Order of Forfeiture.

On June 15, 2022, the Court entered a Preliminary Order (Doc. 40). The order provided that the United States publish notice of the order and its intent to dispose of the property and provide direct notice to interested parties.

The United States published notice of the forfeiture on www.forfeiture.gov, beginning on June 17, 2022, through July 16, 2022 (Doc. 41). The time period for filing a petition in the ancillary proceeding has expired and no ancillary petitions were filed. Pursuant to Fed. R. Crim. P. 32.2(c)(2) on August 16, 2022, the Preliminary Order of Forfeiture became the Final Order of Forfeiture as to the following property:

**ELECTONICS**

1. Nine Assorted cameras and accessories;

2. Four USB charger cameras;

3. Outlet camera with 32GB SD;

4. Black pen with hidden camera;

5. Two Bluetooth speakers with cameras;

6. Four black alarm clocks with cameras, assorted SD cards, and accessories;

7. One white iPad in black case, Model A1566, serial number DMPS882HHG5G;

8. Cox router, serial number 335930041025105994;

9. One blue Samsung portable SSD T5, serial number S3UJNK0J706342T;

10. One silver Apple iPhone, IMEI: 356716110181113;

11. One silver Dell laptop Model P936, serial number DPBQGT2;

12. White Raspberry Pi with a 64GB SD card, 16GB SD card, two USB devices, and power supply;

13. One white Motorola baby monitor with cable;

14. Three LG Blu-ray players with power adapters;

15. LG Blu-ray player;

16. Xbox One S;

17. Xbox Series X;

18. One Bose speaker;

19. One computer ram;

20. One circuit board;

21. Thirteen assorted SD cards;

22. Six assorted USB devices;

23. Five assorted thumb drives;

24. Five assorted hard drives;

25. Miscellaneous accessories, including:
    a. Eight power supplies;
    b. One adapter;
    c. Nine San Disk Micro SD adapters;
    d. Nine black cords;
    e. Two blue batteries;
    f. Two battery packs;
    g. Three camera wires;
    h. One camera base;
    i. One battery pack; and
    j. Three camera cords;

26. One black iPhone in pink case, IMEI unknown;

27. One black Apple watch, serial number unknown;

28. One ASUS black laptop, Model RTL8821CE, serial number KANRCV05U66543D with cord; and

29. One black digital watch face.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on August 28, 2023, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Janna Tomah*
JANNA TOMAH, Data Analyst