**UNITED STATES DISTRICT COURT**
**Northern District of Oklahoma**

| | |
|---|---|
| **United States of America** <br>      Plaintiff-Appellee, <br> v. <br><br> **Cameron Kelly McAbee** <br>      Defendant-Appellant. | District Court No. 21-CR-361 <br><br> Court of Appeals No. <br> _____ <br> (if known) |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, Cameron Kelly McAbee, will appeal to the United States Court of Appeals for the Tenth Circuit from the final Judgment In a Criminal Case filed and entered on the docket August 28, 2023 (Doc. 55).

      /s/ John M. Dunn
John M. Dunn,  OBA# 20975
616 South Main, Suite 206
Tulsa, OK 74103
(918) 526-8000
(918) 359-5050 Facsimile
jmdunn@johndunnlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2023, a true and correct copy of the above and foregoing instrument was electronically transmitted to AUSA Christopher Nassar, (christopher.nassar@usdoj.gov).

       /s/ John M. Dunn
John M. Dunn