**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**TRANSMITTAL SHEET**
(Notice of Appellate Action)

Date Notice filed: 8/28/2023

Style of Case: USA v. McAbee

Appellant: Cameron Kelly McAbee

District Court No: 21-cr-00361-JFH-1

Tenth Circuit Case No: .

☐ Amended NOA                            ☐ Cross Appeal

☐ Interlocutory Appeal                   ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

John F. Heil III, Chief U.S. District Judge:

**APPEAL FILED BY PRO SE**

Appeal Fee Paid                                          ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Mailed/Given               ☐

Motion for IFP on Appeal Filed                           ☐

**APPEAL FILED BY COUNSEL**

Appeal Fee Paid                                          ☐

IFP Granted                                              ☐

Motion for IFP on Appeal Form Made Available             ☐

Motion for IFP on Appeal Filed                           ☐

Court Appointed Counsel (CJA/FPD)                        ☒

USA                                                      ☐

By: Lynn Tiefenthaler, Case Administrator        August 29, 2023        Phone: (918) 699-4700

Notice of Appellate Action                                              AP-01 (6/2022)