# Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, August 29, 2023 1:59 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5097 United States v. McAbee "Criminal case docketed" (4:21-CR-00361-JFH-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/29/2023 at 12:56:25 PM Mountain Daylight Time and filed on 08/29/2023

**Case Name:** United States v. McAbee
**Case Number:** 23-5097
**Document(s):** Document(s)

**Docket Text:**
[11024451] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 08/29/2023. Notice of appearance, transcript order form, designation of record, docketing statement, and appointment motion due 09/12/2023 by Cameron Kelly McAbee. Notice of appearance and disclosure statement due on 09/12/2023 for United States of America. [23-5097]

**Notice will be electronically mailed to:**

Mr. John Mikel Dunn: jmdunn@johndunnlaw.com
George Jiang: george.jiang@usdoj.gov, william.foreman@usdoj.gov
Christopher Nassar: christopher.nassar@usdoj.gov, bailey.stripling@usdoj.gov, caseview.ecf@usdoj.gov, kortni.barton@usdoj.gov, william.foreman@usdoj.gov
Reagan Vincent Reininger: reagan.reininger@usdoj.gov, pam.kuch@usdoj.gov, caseview.ecf@usdoj.gov
Ashley Robert: ashley.robert@usdoj.gov, william.foreman@usdoj.gov, clara.ard@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** mcabeeappeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/29/2023] [FileNumber=11024451-0]
[7ee1a1c2f1ec534db4ea2fce0d4dc72ef4e55ba7f8dda0ad272dceb093c9e726faabd6b9b950af2ae172c4a25526557576cf eebc490615bd2e5aec371e84ac54]]

**Document Description:** General Docket Letter - With Counsel

**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_235097_11024451_98.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/29/2023] [FileNumber=11024451-1]
[85b46d5d0b7c2696a4c3fe687e5d5d8eee40d6d28a17790c36e5c7daa4cd48f4ec84a135883fb179e0d8623481779f6b6c
e6244b4c04fe56da86068a0e9c0889]]
**Recipients:**

- Mr. John Mikel Dunn
- George Jiang
- Christopher Nassar
- Reagan Vincent Reininger
- Ashley Robert

# Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, August 29, 2023 1:59 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5097 United States v. McAbee "Criminal case docketed" (4:21-CR-00361-JFH-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/29/2023 at 12:56:25 PM Mountain Daylight Time and filed on 08/29/2023

| | |
|---|---|
| **Case Name:** | United States v. McAbee |
| **Case Number:** | 23-5097 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11024451] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 08/29/2023. Notice of appearance, transcript order form, designation of record, docketing statement, and appointment motion due 09/12/2023 by Cameron Kelly McAbee. Notice of appearance and disclosure statement due on 09/12/2023 for United States of America. [23-5097]

**Notice will be electronically mailed to:**

Mr. John Mikel Dunn: jmdunn@johndunnlaw.com
George Jiang: george.jiang@usdoj.gov, william.foreman@usdoj.gov
Christopher Nassar: christopher.nassar@usdoj.gov, bailey.stripling@usdoj.gov, caseview.ecf@usdoj.gov, kortni.barton@usdoj.gov, william.foreman@usdoj.gov
Reagan Vincent Reininger: reagan.reininger@usdoj.gov, pam.kuch@usdoj.gov, caseview.ecf@usdoj.gov
Ashley Robert: ashley.robert@usdoj.gov, william.foreman@usdoj.gov, clara.ard@usdoj.gov


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** mcabeeappeal.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/29/2023] [FileNumber=11024451-0]
[7ee1a1c2f1ec534db4ea2fce0d4dc72ef4e55ba7f8dda0ad272dceb093c9e726faabd6b9b950af2ae172c4a25526557576cf
eebc490615bd2e5aec371e84ac54]]

**Document Description:** General Docket Letter - With Counsel

**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_235097_11024451_98.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/29/2023] [FileNumber=11024451-1]
[85b46d5d0b7c2696a4c3fe687e5d5d8eee40d6d28a17790c36e5c7daa4cd48f4ec84a135883fb179e0d8623481779f6b6ce6244b4c04fe56da86068a0e9c0889]]
**Recipients:**

- Mr. John Mikel Dunn
- George Jiang
- Christopher Nassar
- Reagan Vincent Reininger
- Ashley Robert