**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No.  21-CR-361-JFH** |
| **CAMERON KELLY MCABEE,** | |
| **Defendant.** | |

**Motion to Withdraw**

The United States of America moves this Court for an Order to Withdraw as counsel of record in the above-entitled action. In support of this motion, movant states as follows:

AUSA Christopher J. Nassar remains on the docket as counsel and will be available to represent the government.

WHEREFORE, the government respectfully requests that AUSA George Jiang be permitted to withdraw in this matter.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ George Jiang*
George Jiang, PA No. 311665
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## Certificate of Service

I hereby certify that on August 29, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Defense Counsel

*/s/ George Jiang*
George Jiang
Assistant United States Attorney