UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA (Tulsa)

United States of America,  

v.  

Cameron Kelly McAbee.

District Court No.: 4:21-cr-361

Court of Appeals No.: 23-5097

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript of change of plea (5/05/2022)
2. Transcript of sentencing (8/25/2023)
3. PSRs
4. All circled documents. See attached
5. _____

(Attach additional sheets if necessary)

Signature: _____

Counsel for: Cameron Kelly McAbee

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on 9/25/2023.

Signature: _____

Query    Reports    Utilities    Help    Log Out

APPEAL,COMPLEX

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: 4:21-cr-00361-JFH-1

Case title: USA v. McAbee

Magistrate judge case number: 4:21-mj-00529-CDL

Date Filed: 08/17/2021

Date Terminated: 08/28/2023

Assigned to: Chief Judge John F Heil, III

Appeals court case number: 23-5097 (#57)
10th Circuit

### Defendant (1)

**Cameron Kelly McAbee**
*TERMINATED: 08/28/2023*

represented by **John Mikel Dunn**
John M Dunn Law Office PLLC
616 S MAIN STE 206
TULSA, OK 74119
918-526-8000
Fax: 918-359-5050
Email: jmdunn@johndunnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

**Travis Don Horton**
Swab & Stall PA
2021 S LEWIS AVE STE 520
TULSA, OK 74104
918-587-2700
Fax: 918-743-1002
Email: thorton@swabstall.com
*TERMINATED: 01/13/2023*
*LEAD ATTORNEY*
*Designation: Retained*

### Pending Counts

18 USC 2252A(g)(2) and (g)(1): Child
Exploitation Enterprise; Forfeiture
Allegation: 18 USC 2253: Child
Exploitation Forfeiture
(1)

18 USC 2251(b) and 2251(e): Sexual
Exploitation of a Child by a Parent;
Forfeiture Allegation: 18 USC 2253: Child

### Disposition

BOP Life; SR Life; Restitution $26,610;
SMA $100

BOP 360 concurrent to Ct 1,3,4; SR Life;
SMA $100

| | |
|---|---|
| Exploitation Forfeiture (2) | |
| 18 USC 2252(a)(2) and 2252(b)(1): Receipt and Distribution of Child Pornography; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (3) | BOP 240 concurrent to Ct 1,2,4; SR Life; SMA $100 |
| 18 USC 2252(a)(4) and 2252(b)(2): Possession of Child Pornography in Indian Country; Forfeiture Allegation: 18 USC 2253: Child Exploitation Forfeiture (4) | BOP 240 concurrent to Ct 1,2,3; SR Life; SMA $100 |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251(b) Sexual Exploitation of a Child by a Parent | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Ashley Robert**<br>DOJ-USAO<br>USAO-Northern District of Oklahoma<br>110 West 7th Street<br>Ste 300<br>Tulsa, OK 74119<br>918-703-7912<br>Email: ashley.robert@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney (local,state,federal)*<br><br>**Christopher Jordon Nassar**<br>United States Attorney's Office (Tulsa)<br>110 W 7TH ST STE 300<br>TULSA, OK 74119-1013<br>918-382-2702<br>Fax: 918-560-7938<br>Email: christopher.nassar@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*
*(local,state,federal)*

**George Jiang**
DOJ-USAO
110 W 7th Street
Suite 300
Tulsa, OK 74119
918-382-2764
Email: george.jiang@usdoj.gov
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*Designation: Government Attorney*
*(local,state,federal)*

**Reagan Vincent Reininger**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119-1013
918-382-2704
Fax: 918-560-7938
Email: reagan.reininger@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*
*(local,state,federal)*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2021 | 1 | COMPLAINT approved by Magistrate Judge Christine D Little by USA as to Cameron Kelly McAbee (1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/27/2021) |
| 07/27/2021 | 2 | WARRANT Issued by Magistrate Judge Christine D Little as to Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/27/2021) |
| 07/28/2021 | 3 | MOTION for Detention by USA as to Cameron Kelly McAbee (Nassar, Christopher) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/28/2021 | 4 | MOTION for Hearing (Re: 3 MOTION for Detention ) by USA as to Cameron Kelly McAbee (Nassar, Christopher) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/28/2021 | 5 | MINUTES of Proceedings - held before Magistrate Judge Susan E Huntsman: Initial Appearance held on 7/28/2021 , ruling on motion(s)/document(s): #4 granted, adding attorney Travis Don Horton for Cameron Kelly McAbee, setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/2/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne, Preliminary Hearing set for 8/2/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne), ordering defendant be detained as to Cameron Kelly McAbee (Re: 4 MOTION for Hearing ) (Court Reporter: C1) (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
| 07/28/2021 | 6 | ORDER by Magistrate Judge Jodi F Jayne *setting Preliminary and Detention Hearings,* ordering defendant be detained as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |

| 07/28/2021 | 7 | ORDER by Magistrate Judge Susan E Huntsman as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/28/2021) |
|---|---|---|
| 07/29/2021 | 8 | WARRANT Returned Executed as to Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 07/29/2021) |
| 08/02/2021 | 9 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Detention Hearing held on 8/2/2021 , Preliminary Examination held on 8/2/2021 , setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/6/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne), ordering defendant be detained as to Cameron Kelly McAbee (Court Reporter: C1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/02/2021) |
| 08/02/2021 | 10 | WAIVER of Preliminary Examination or Hearing by Cameron Kelly McAbee (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/02/2021) |
| 08/09/2021 | 11 | MINUTE ORDER by Magistrate Judge Jodi F Jayne *resetting Detention Hearing*, setting/resetting deadline(s)/hearing(s): ( Detention Hearing set for 8/16/2021 at 02:00 PM before Magistrate Judge Jodi F Jayne) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/09/2021) |
| 08/16/2021 | 12 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Detention Hearing held on 8/16/2021 , ordering defendant be detained, ruling on motion(s)/document(s): #3 granted, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Re: 3 MOTION for Detention ) (Court Reporter: C1) (tjc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/16/2021) |
| 08/17/2021 | 13 | ORDER by Magistrate Judge Jodi F Jayne , ordering defendant be detained as to Cameron Kelly McAbee (sdc, Dpty Clk) [4:21-mj-00529-CDL] (Entered: 08/17/2021) |
| 08/17/2021 | 14 | DEFENDANT INFORMATION SHEET(S) by USA as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/17/2021 | 15 | INDICTMENT by USA as to Cameron Kelly McAbee (1) count(s) 1, 2, 3, 4 (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/17/2021 | 16 | SEALED UNREDACTED VERSION of Dkt # 15 per FRCrP 49.1(f) (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/18/2021 | 17 | SUMMONS Issued by Court Clerk as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/18/2021 | 18 | SCHEDULING ORDER by Chief Judge John F Heil, III *(initial)*, setting/resetting scheduling order date(s): ( Motions due by 9/7/2021, Pretrial Conference set for 9/28/2021 at 10:00 AM before Chief Judge John F Heil III, Jury Instructions, Voir Dire & Trial Briefs due by 10/8/2021, Jury Trial set for 10/18/2021 at 09:00 AM before Chief Judge John F Heil III) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/18/2021) |
| 08/26/2021 | 19 | MOTION for Protective Order by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 08/26/2021) |
| 08/26/2021 | 20 | MINUTES of Proceedings - held before Magistrate Judge Jodi F Jayne: Arraignment held on 8/26/2021 , ordering defendant be detained, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Court Reporter: C1) (tjc, Dpty Clk) (Entered: 08/26/2021) |
| 08/26/2021 | 21 | Joint MOTION to Declare Case Complex by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 08/26/2021) |

| | | |
|---|---|---|
| 08/27/2021 | 22 | ORDER by Chief Judge John F Heil, III , ruling on motion(s)/document(s): #21 granted (Re: 21 Joint MOTION to Declare Case Complex ) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/27/2021) |
| 08/27/2021 | 23 | SCHEDULING ORDER by Chief Judge John F Heil, III *(amended)*, setting/resetting scheduling order date(s): ( Motions due by 3/29/2022, Pretrial Conference set for 4/26/2022 at 10:00 AM before Chief Judge John F Heil III, Jury Instructions, Voir Dire & Trial Briefs due by 5/6/2022, Jury Trial set for 5/16/2022 at 09:00 AM before Chief Judge John F Heil III) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/27/2021) |
| 08/27/2021 | 24 | MINUTE ORDER by Chief Judge John F Heil, III , referring motion(s) to Magistrate Jayne (Re: 19 MOTION for Protective Order ) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 08/27/2021) |
| 08/27/2021 | 25 | ATTORNEY APPEARANCE *to Prosecute the Forfeiture Matter* by Reagan Vincent Reininger on behalf of USA [Note: Attorney Reagan Vincent Reininger added to party USA(pty:pla).] (Reininger, Reagan) (Entered: 08/27/2021) |
| 08/30/2021 | 26 | ORDER by Magistrate Judge Christine D Little *(Protective Order)*, ruling on motion(s)/document(s): #19 granted (Re: 19 MOTION for Protective Order ) as to Cameron Kelly McAbee (sdc, Dpty Clk) (Entered: 08/30/2021) |
| 10/28/2021 | 27 | NOTICE of Lis Pendens by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 10/28/2021) |
| 11/04/2021 | 28 | BILL OF PARTICULARS by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 11/04/2021) |
| 12/01/2021 | 29 | NOTICE Regarding Forfeiture by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 12/01/2021) |
| 03/15/2022 | 30 | NOTICE Joint Report Regarding Status of Discovery by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 03/15/2022) |
| 03/29/2022 | 31 | MINUTE ORDER by Chief Judge John F Heil, III : *Due to the Court's schedule*, setting/resetting scheduling order date(s): ( Pretrial Conference set for 4/28/2022 at 09:30 AM before Chief Judge John F Heil III) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 03/29/2022) |
| 04/22/2022 | 32 | MINUTE ORDER by Chief Judge John F Heil, III *upon advice from counsel, defendant wishes to change his plea. A Change of Plea hearing is set for 5/5/2022 at 10:00 a.m. before Magistrate Judge Donald D. Bush in Courtroom 5. The pretrial set for 4/28/2022 before Judge Heil is hereby stricken*, setting/resetting change of plea hearing: ( Change of Plea Hearing set for 5/5/2022 at 10:00 AM before Magistrate Judge Donald D Bush) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (alg, Dpty Clk) (Entered: 04/22/2022) |
| 05/05/2022 | 33 | MINUTES of Proceedings - held before Magistrate Judge Donald D Bush: Change of Plea Hearing held on 5/5/2022 , guilty plea entered, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Court Reporter: C5) (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 34 | CONSENT by Defendant to Proceed before a Magistrate Judge for Change of Plea (in Felony case) approved by Magistrate Judge Donald D Bush as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 35 | WAIVER of Right to Trial by Jury approved by Magistrate Judge Donald D Bush by |

| | | |
|---|---|---|
| | | Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 36 | PETITION to Enter Plea of Guilty and ORDER Accepting Plea by Magistrate Judge Donald D Bush as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 37 | PLEA AGREEMENT as to Cameron Kelly McAbee (alg, Dpty Clk) (Entered: 05/06/2022) |
| 05/05/2022 | 38 | SEALED PLEA SUPPLEMENT (alg, Dpty Clk) (Entered: 05/06/2022) |
| 06/14/2022 | 39 | MOTION for Forfeiture *Order* by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 06/14/2022) |
| 06/15/2022 | 40 | ORDER by Chief Judge John F Heil, III (OF FORFEITURE) , ruling on motion(s)/document(s): #39 granted, directing forfeiture of property/money (Re: 39 MOTION for Forfeiture *Order* ) as to Cameron Kelly McAbee (crp, Dpty Clk) Modified on 6/15/2022 to text in title of order (crp, Dpty Clk). (Entered: 06/15/2022) |
| 08/17/2022 | 41 | AFFIDAVIT/CERTIFICATE/PROOF of Publication by USA as to Cameron Kelly McAbee (With attachments) (Reininger, Reagan) (Entered: 08/17/2022) |
| 01/12/2023 | 42 | MOTION to Withdraw Attorney(s) *Travis D. Horton* by Cameron Kelly McAbee (Horton, Travis) (Entered: 01/12/2023) |
| 01/13/2023 | 43 | ORDER by Chief Judge John F Heil, III : *granting defendant's motion*, ruling on motion(s)/document(s): #42 granted, adding attorney John Mikel Dunn for Cameron Kelly McAbee terminating attorney Travis Don Horton (Re: 42 MOTION to Withdraw Attorney(s) *Travis D. Horton* ) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 01/13/2023) |
| 04/19/2023 | 44 | MINUTE ORDER by Chief Judge John F Heil, III : *Following disclosure of the presentence report*, setting/resetting sentencing: ( Sentencing set for 8/25/2023 at 10:00 AM before Chief Judge John F Heil III) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 04/19/2023) |
| 05/31/2023 | 45 | SENTENCING MEMORANDUM as to Cameron Kelly McAbee (With attachments) (Dunn, John) (Entered: 05/31/2023) |
| 05/31/2023 | 46 | OBJECTION to Presentence Investigation Report by Cameron Kelly McAbee (With attachments) (Dunn, John) (Entered: 05/31/2023) |
| 06/09/2023 | 47 | ATTORNEY APPEARANCE by George Jiang on behalf of USA [Note: Attorney George Jiang added to party USA(pty:pla).] (Jiang, George) (Entered: 06/09/2023) |
| 06/13/2023 | 48 | Amended SENTENCING MEMORANDUM as to Cameron Kelly McAbee (Dunn, John) (Entered: 06/13/2023) |
| 06/22/2023 | 49 | ORDER by Chief Judge John F Heil, III : *setting sentencing deadlines*, setting/resetting sentencing: ( Sentencing set for 8/25/2023 at 10:00 AM before Chief Judge John F Heil III) as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 06/22/2023) |
| 06/26/2023 | 50 | OBJECTION to Presentence Investigation Report *daed June 14, 2023* by Cameron Kelly McAbee (Dunn, John) (Entered: 06/26/2023) |
| 07/14/2023 | 51 | MOTION for Point/Level Reduction by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 07/14/2023) |
| 07/28/2023 | 52 | SENTENCING MEMORANDUM by USA as to Cameron Kelly McAbee (Nassar, Christopher) (Entered: 07/28/2023) |

| Date | # | Description |
|---|---|---|
| 08/25/2023 | 53 | ATTORNEY APPEARANCE by Ashley Robert on behalf of USA [Note: Attorney Ashley Robert added to party USA(pty:pla).] (Robert, Ashley) (Entered: 08/25/2023) |
| 08/25/2023 | 54 | MINUTES of Proceedings - held before Chief Judge John F Heil, III: Sentencing held on 8/25/2023, ruling on motion(s)/document(s): #51 granted, striking/terminating deadline(s)/hearing(s) as to Cameron Kelly McAbee (Re: 51 MOTION for Point/Level Reduction ) (Court Reporter: Laura Griffin) (pll, Dpty Clk) (Entered: 08/25/2023) |
| 08/28/2023 | 55 | JUDGMENT AND COMMITMENT by Chief Judge John F Heil, III , entering judgment as to Cameron Kelly McAbee (pll, Dpty Clk) (Entered: 08/28/2023) |
| 08/28/2023 | 56 | NOTICE *of Final Order of Forfeiture* by USA as to Cameron Kelly McAbee (Reininger, Reagan) (Entered: 08/28/2023) |
| 08/28/2023 | 57 | NOTICE OF APPEAL to Circuit Court (Re: 55 Judgment and Commitment, Entering Judgment ) as to Cameron Kelly McAbee (Dunn, John) (Entered: 08/28/2023) |
| 08/29/2023 | 58 | PRELIMINARY RECORD Sent to Circuit Court (Re: 57 Notice of Appeal to Circuit Court ) as to Cameron Kelly McAbee (With attachments) (lmt, Dpty Clk) (Entered: 08/29/2023) |
| 08/29/2023 | 59 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 23-5097 (#57) (Re: 57 Notice of Appeal to Circuit Court ) as to Cameron Kelly McAbee (blc, Dpty Clk) (Entered: 08/29/2023) |
| 08/29/2023 | 60 | MOTION to Withdraw Attorney(s) by USA as to Cameron Kelly McAbee (Jiang, George) (Entered: 08/29/2023) |
| 08/30/2023 | 61 | MINUTE ORDER by Chief Judge John F Heil, III : *granting plaintiff's motion*, ruling on motion(s)/document(s): #60 granted, terminating attorney George Jiang (Re: 60 MOTION to Withdraw Attorney(s) ) as to Cameron Kelly McAbee (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 08/30/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2023 14:56:19 | | | |
| **PACER Login:** | Truskoski | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cr-00361-JFH |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |