# Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, September 25, 2023 7:29 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5097 United States v. McAbee "Minute Order Filed" (4:21-CR-00361-JFH-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/25/2023 at 6:28:36 AM Mountain Daylight Time and filed on 09/25/2023

| | |
|---|---|
| **Case Name:** | United States v. McAbee |
| **Case Number:** | 23-5097 |

**Docket Text:**
[11031367] Minute order filed - Transcript order form due 10/10/2023 for Laura L. Griffin. Transcript ordered: 08/25/2023 sentencing. (Text Only - No Attachment) [23-5097]

**Notice will be electronically mailed to:**

George Jiang: george.jiang@usdoj.gov, william.foreman@usdoj.gov
Christopher Nassar: christopher.nassar@usdoj.gov, bailey.stripling@usdoj.gov, caseview.ecf@usdoj.gov, kortni.barton@usdoj.gov, william.foreman@usdoj.gov
Reagan Vincent Reininger: reagan.reininger@usdoj.gov, pam.kuch@usdoj.gov, caseview.ecf@usdoj.gov
Ashley Robert: ashley.robert@usdoj.gov, william.foreman@usdoj.gov, clara.ard@usdoj.gov, caseview.ecf@usdoj.gov
Mr. Ryan Thomas Truskoski: Rtrusk1@aol.com