UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 12, 2023

Ms. Laura L. Griffin
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** **23-5097, United States v. McAbee**
Dist/Ag docket: 4:21-CR-00361-JFH-1

Dear Court Reporter:

We filed a Notice of Transcript Order in this case certifying that appellant ordered transcripts from you and made satisfactory arrangements for payment, but we have not received your acknowledgment of that order and estimated completion date. *See* 10th Cir. R. 10.2(B)(2).

Within 10 days of the date of this letter, please complete the Notice of Transcript Order and file a copy with this court. **If satisfactory arrangements for payment have not been made with the appellant, including following the proper evoucher procedures as applicable, or if our information is otherwise incorrect, please notify the clerk's office in writing forthwith.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     George Jiang
        Christopher Nassar
        Reagan Vincent Reininger

Ashley Robert
Ryan Thomas Truskoski

CMW/sls

# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, October 12, 2023 11:45 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5097 United States v. McAbee "Transcript order form letter sent" (4:21-CR-00361-JFH-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/12/2023 at 10:43:08 AM Mountain Daylight Time and filed on 10/12/2023

| | |
|---|---|
| **Case Name:** | United States v. McAbee |
| **Case Number:** | 23-5097 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11036134] Transcript order form letter sent. Transcript order form now due 10/23/2023 for Laura L. Griffin. [23-5097]

**Notice will be electronically mailed to:**

Ms. Laura L. Griffin: laura_griffin@oknd.uscourts.gov
George Jiang: george.jiang@usdoj.gov, william.foreman@usdoj.gov
Christopher Nassar: christopher.nassar@usdoj.gov, bailey.stripling@usdoj.gov, caseview.ecf@usdoj.gov, kortni.barton@usdoj.gov, william.foreman@usdoj.gov
Reagan Vincent Reininger: reagan.reininger@usdoj.gov, pam.kuch@usdoj.gov, caseview.ecf@usdoj.gov
Ashley Robert: ashley.robert@usdoj.gov, william.foreman@usdoj.gov, clara.ard@usdoj.gov, caseview.ecf@usdoj.gov
Mr. Ryan Thomas Truskoski: Rtrusk1@aol.com

The following document(s) are associated with this transaction:
**Document Description:** TOF due letter - ctr
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_235097_11036134_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/12/2023] [FileNumber=11036134-0]
[94bcef73e23983485b0eb459bc1a96e1dd3cca1bbbc7c4fdb822c07a7018becf7826a45b7f5f34c62ec5b46ffae8afd76a2ec4090f441817808e0d68554e890c]]
**Recipients:**

- Ms. Laura L. Griffin
- George Jiang

- Christopher Nassar
- Reagan Vincent Reininger
- Ashley Robert
- Mr. Ryan Thomas Truskoski