## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: United States v. Cameron Kelly McAbee

District Court Number: 4:21-cr-361

District: Northern District of Oklahoma (Tulsa)

Circuit Court Number: 23-5097

Name of Attorney/Pro Se Party: Ryan Thomas Truskoski

Email Address: Rtrusk1@aol.com

Name of Law Firm/Office: Ryan Thomas Truskoski, P.A.

Telephone: (575) 404-3080

Address : 1300-G El Paseo Road, Ste. 122, Las Cruces, NM 88001

Attorney for: Cameron Kelly McAbee

Name of Court Reporter: Laura Griffin (for both hearings)

Name of Court Reporter (if ordering from more than one): _____

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
- ☐ A transcript is not necessary for this appeal;
- ☐ The necessary transcript is already on file in District Court; or
- ☐ The necessary transcript was ordered previously in appeal number _____

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
(Specify the date and proceeding in the space below)

Voir dire: _____

Opening Statements: _____

Trial proceedings: _____

Closing Arguments: _____

Jury Instructions: _____

Other Proceedings: 5/05/2022 (change of plea)

Post-Trial Hearings: 8/25/2023 (sentencing)

Other Proceedings: _____

(Attach additional pages if necessary)

- ☐ **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

- ☒ **This case is proceeding under the Criminal Justice Act.**
  **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: Ryan Thomas Truskoski

Date: 9/26/2023

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 9-27-23

Estimated completion date: 11-5-23

Estimated number of pages: 50

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Laura Sifful    Date: 10-6-23

A-8 Transcript Order Form 3/2017

## Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, October 13, 2023 11:06 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5097 United States v. McAbee "Transcript order form filed" (4:21-CR-00361-JFH-1) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 10/13/2023 at 10:05:36 AM Mountain Daylight Time and filed on 10/13/2023

| | |
|---|---|
| **Case Name:** | United States v. McAbee |
| **Case Number:** | 23-5097 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11036457] Transcript order form filed by Ms. Laura L. Griffin. Transcript due 11/06/2023 for Laura L. Griffin. [23-5097]

**Notice will be electronically mailed to:**

George Jiang: george.jiang@usdoj.gov, william.foreman@usdoj.gov
Christopher Nassar: christopher.nassar@usdoj.gov, bailey.stripling@usdoj.gov, caseview.ecf@usdoj.gov, kortni.barton@usdoj.gov, william.foreman@usdoj.gov
Reagan Vincent Reininger: reagan.reininger@usdoj.gov, pam.kuch@usdoj.gov, caseview.ecf@usdoj.gov
Ashley Robert: ashley.robert@usdoj.gov, william.foreman@usdoj.gov, clara.ard@usdoj.gov, caseview.ecf@usdoj.gov
Mr. Ryan Thomas Truskoski: Rtrusk1@aol.com

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 23-5097.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/13/2023] [FileNumber=11036457-0]
[8efc0f4e6eea1dcf4d61032fd2f89e34372beec6eb35b48ef756cd16a524a117fc2622bb8c33880b45b81626aa02152f008e96acaeb92388969b48b0814e01e6]]