Laura L. Griffin, RMR-CRR
United States Court Reporter
333 W. 4th Street, Room 411
Tulsa, OK  74103
918-699-4879

U.S. Court of Appeals – Tenth Circuit
Clerk of the Court
The Byron White Courthouse
1823 Stout Street
Denver, CO 80257

RE:  USA V. CAMERON KELLY McABEE, 21-CR-361-JFH

October 26, 2023

Clerk:

 All transcripts ordered from me on appeal in the above-named case have been filed with the Office of Court Clerk in the Northern District of Oklahoma.  These include the Transcript of Change of Plea held on 5-5-22 and Transcript of Sentencing held on 8-25-23.

 Thank you.

              Sincerely,

              S/ Laura L. Griffin

              Laura L. Griffin, RMR-CRR
              United States Court Reporter