OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of Oklahoma
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Mark C. McCartt
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

November 9, 2023

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:   Case No.:   21-cr-00361-JFH-1
10th Circuit Case No.: 23-5097
Plaintiff:   USA
Defendant:   Cameron Kelly McAbee

Dear Clerk of Court,

Enclosed is the electronic district court file in the above case consisting of 3 volumes.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/ L. Tiefenthaler

By: Lynn Tiefenthaler, Case Administrator

Enclosures:
Volume I     Docket Sheet & Public Pleadings
Volume II    Sealed Pleadings
Volume III   Restricted Transcripts

cc: All counsel of record

Original Record Volume (AP-02 8/2019)